PROB 22
(Rev. 2/88)

DOCKET NO. (Trans Court)
**CR 02-161-01-RE**

**TRANSFER OF JURISDICTION**

DOCKET NO. (Rec. Court)
1:06CR000043-001 MMP

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

**Michael Ryan Soesbe**
**1035 Northeast 21st Street**
**Gainesville, FL 32609**

DISTRICT
**Oregon**

DIVISION

NAME OF SENTENCING JUDGE

**James A. Redden**

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | **06-07-06** | **06-06-09** |

OFFENSE

**ARMED BANK ROBBERY**

**PART 1—ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **OREGON**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the **Northern District of Florida** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10-31-06
Effective Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2—ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 6, 2006
Effective Date

Maurice M Paul
United States District Judge